UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KIMBERLY GORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:11-0808 |
| CHARDONNAY DIALYSIS, INC., | ) ) Judge Nixon/Bryant |
| Defendant. | ) ) |

## ORDER

The undersigned Magistrate Judge conducted a settlement conference in this case on December 13, 2012. The parties and their respective representatives met, negotiated in good faith and agreed to a compromise settlement of all claims.

The parties shall file a stipulation and proposed order upon the consummation of their settlement and, in any event, no later than **December 28, 2012.**

The Clerk is directed to return this file to the District Judge pending the filing of the stipulation and proposed order of dismissal.

It is so **ORDERED.**

_____
JOHN S. BRYANT
United States Magistrate Judge